Mark R. Thierman (SBN 72913)
laborlawyer@pacbell.net
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone:   (775) 284-1500
Facsimile:   (775) 703-5027

Joseph Cho (SBN 198844)
jcho@aequitaslawgroup.com
Ronald H. Bae (SBN 186826)
rbae@aequitaslawgroup.com
AEQUITAS LAW GROUP, APLC
500 S. Grand Ave., Suite 1310
Los Angeles, California 90071
Telephone:   (213) 223-7144
Facsimile:   (213) 223-7098

Attorneys for Plaintiff JEFFREY LEE ALLEN
(Additional plaintiff's counsel listed on following page)

DAVID R. ONGARO, SBN 154698
David.ongaro@tklaw.com
KYANN C. KALIN, SBN 209030
Kyann.kalin@tklaw.com
THOMPSON & KNIGHT LLP
650 California Street, Fifth Floor
San Francisco, CA  94108
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

Attorneys for Defendant
LABOR READY SOUTHWEST, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JEFFREY LEE ALLEN; on behalf of himself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>LABOR READY SOUTHWEST, INC*et al*,<br><br>Defendants. | Case No.<br><br>CV 09-04266 DDP (AGRx)<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Dean Pregerson<br>Date:  April 8, 2013<br>Time:  10:00 a.m.<br>Courtroom: 3 |

- 1 -

# **ADDITIONAL COUNSEL FOR PLAINTIFF**

Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Louis Benowitz (SBN 262300)
louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Christopher J. Canlas (SBN 247291)
cjc@canlaslaw.com
CANLAS LAW GROUP, APLC
615 W. Beverly Blvd.
Montebello, CA 90640
Telephone: (323) 888-4325
Facsimile: (323) 888-4329

- 2 -
[PROPOSED] ORDER GRANTING MOTION FOR
PRELIMINARY APPROVAL
Case No. 2:09-cv-04266 DDP(AGRx)

The Parties' Motion for Preliminary Approval of Class Action Settlement came on for hearing before this Court before the Honorable Dean D. Pregerson on April 8, 2013 at10:00 a.m.  The Parties submitted an Amended Stipulation for Settlement ("Settlement Agreement") with with Amended Notice Documents as attached Exhibits.  The Settlement Agreement between the Parties provides that the Parties stipulate to certification of a class for settlement purposes only.  The Court, having considered the papers submitted in support of the Motion and having heard oral argument of the Parties, HEREBY ORDERS THE FOLLOWING:

1.  The Court grants preliminary approval of the settlement of this action, based upon the terms set forth in the Settlement Agreement on file herein.  The Court preliminarily finds that the proposed class satisfies the requirements of a settlement class under Rule 23 of the Federal Rules of Civil Procedure.  The requirements of Rule 23(a) are satisfied because the proposed class is so numerous that joinder of all members is impracticable, there are questions of law or fact common to the class, the claims of Plaintiff are typical of the claims of the class; and Plaintiff will fairly and adequately protect the interests of the class.  The requirements of Rule 23(b) are satisfied because questions of law or fact common to all class members predominate over any questions affecting only individual class members.

2.  The Parties' settlement is granted preliminary approval as it meets the criteria for preliminary settlement approval, appears to be the product of arm's length and informed negotiations and appears to be fair, adequate, and reasonable to the Class.

3.  After considering fully the Parties' Settlement Agreement, Motion for Preliminary Approval and oral arguments of the Parties' respective counsel, the Court hereby orders that the following persons are certified as Class Members solely for the purpose of entering a settlement in this matter:  All individuals who

1  worked for Labor Ready as temporary workers in the State of California from
2  April 30, 2005 to the date of preliminary approval of this Settlement.  It shall be an
3  opt-in class.  Class Members will be bound by the terms of the Settlement
4  Agreement unless they submit a timely Opt-Out Form within 45 days after the
5  mailing of the Notice of Class Action Settlement ("Class Notice") and Claim Form
6  by the Settlement Administrator, except that class members who neither opt in nor
7  request exclusion will retain the right to pursue claims under the Fair Labor
8  Standards Act.

9      4.    The Court confirms the Thierman Law Firm, Aequitas Law Group,
10 Law Offices of Shaun Setareh, Law Offices of Louis Benowitz, and Canlas Law
11 Group as Class Counsel, and preliminarily approves a request for award of
12 attorneys' fees between 25%-30% of the Gross Settlement Fund and
13 reimbursement of reasonable litigation expenses, not to exceed $50,000.

14     5.    The Court confirms Jeffrey Lee Allen as the Class Representative, and
15 preliminarily approves a request for a Class Representative Service Award in the
16 amount of $5,000.

17     6.    The Court preliminarily approves a payment of $18,750 by Labor
18 Ready to the State of California, Labor & Workforce Development Agency, in
19 satisfaction of PAGA penalties owed to the State of California.

20     7.    The Court approves, as to form and content, the (a) Joint Stipulation
21 of Class Action Settlement and Release Agreement ("Settlement Agreement"); (b)
22 Notice of Class Action Settlement ("Class Notice") and Claim Form, attached as
23 Exhibit 1 to the Settlement Agreement; (c) the Claim Form – Long Form, attached
24 as Exhibit 2 to the Settlement Agreement; and the (d) Opt-Out Form, attached as
25 Exhibit 3 to the Settlement Agreement.

26     8.    The Court orders the following schedule of dates for further
27 proceedings:

28

- 4 -

| | |
|---|---|
| Mailing of Class Notice and Claim Form | 30 days after entry of order preliminarily approving settlement |
| Deadline to postmark Claim Form, Opt-Out Form, or object | 45 days after mailing of class notice |
| Deadline to file Motion for Final Approval of Class Action Settlement and Request for Attorneys' Fees, Costs, Class Representative Service Award, and Settlement Administration Costs | |
| Final Fairness Hearing and Hearing on Request for Attorneys' Fees and Costs, Class Representative Service Award, and Settlement Administration Costs | |

Date: April 30, 2013

*[signature]*

Hon. Dean D. Pregerson
United States District Judge

- 5 -

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL
Case No. 2:09-cv-04266 DDP(AGRx)