Mark R. Thierman (SBN 72913)
laborlawyer@pacbell.net
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

Attorneys for Plaintiff,
JEFFREY LEE ALLEN
(Additional plaintiff's counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JEFFREY LEE ALLEN; on behalf of himself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,

*Plaintiff,*

v.

LABOR READY SOUTHWEST, INC., a Washington corporation doing business in the State of California; and DOES 1 through 50, inclusive,

*Defendants.*

Case No. 2:09-CV-04266 DDP(AGR)

**DECLARATION OF SHAUN SETAREH IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT BY PLAINTIFFS JEFFREY LEE ALLEN**

***Hearing Information***

Date: August 26, 2013
Time: 10:00 a.m
Judge: Hon. Dean Pregerson

**ADDITIONAL ATTORNEYS FOR PLAINTIFFS**

Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Louis Benowitz (SBN 262300)
louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Christopher J. Canlas (SBN 247291)
cjc@canlaslaw.com
CANLAS LAW GROUP, APLC
615 W. Beverly Blvd.
Montebello, CA 90640
Telephone: (323) 888-4325
Facsimile: (323) 888-4329

Joseph Cho (SBN 198844)
jcho@aequitaslawgroup.com
Ronald H. Bae (SBN 186826)
rbae@aequitaslawgroup.com
AEQUITAS LAW GROUP, APLC
500 S. Grand Ave., Suite 1310
Los Angeles, California 90071
Telephone: (213) 223-7144
Facsimile: (213) 223-7098

**DECLARATION OF SHAUN SETAREH**

1. I am an attorney duly licensed to practice law in the State of California the U.S. District Court for the Central District of California, and an attorney of record for plaintiff Jeffrey Lee Allen ("Plaintiff") in this action against defendants Labor Ready Southwest, Inc. ("Defendant").

2. Except for those matters stated on information and belief, which I am informed and believe to be true and correct, I have personal knowledge of all matters set forth herein. If called as a witness, I could and would competently testify thereto under oath.

3. I have no known conflicts of interest with Plaintiffs or absent Settlement Class members.

4. I have been involved in all aspects of the litigation since case inception. My office has been responsible for, among other things, initial client intake and case investigation, drafting of the complaint, drafting Plaintiff's Complaint, propounding and responding to substantial written discovery, meet and confer exchanges with opposing counsel, and substantial law and motion work, motions for summary judgment and class certification. My office also served as the point of contact for Mr. Allen, coordinated deposition of Plaintiff, prepared and defended the depositions of Plaintiff. I also participated in the three mediation sessions, participated in post mediation discussions which ultimately led to the proposed resolution of Plaintiff's individual and representative claims. Assisted in drafting the settlement agreement and Motions for Preliminary and Final Approval.

5. I received my undergraduate degree at UCLA in 1996 and my law degree from Loyola Law School in 1999. Since being admitted to the State Bar of California in 1999, I have actively practiced civil litigation for the entirety of that time period.

6. I have been involved as lead or co-lead class counsel in numerous wage and hour, consumer and antitrust class action cases. The following is a sampling of class actions in which I have been appointed as class counsel:

a. *Padilla v. UPS*, U.S. District Court, Central District of California, Case No. 08-CV-1590 (granted final approval in a case involving claims for failure to provide meal periods to part time employees engaged in sort operations and failure to pay final wages in a timely manner to terminated employees).

b. *Vang v. Burlington Coat Factory Warehouse Corp.*, U.S. District Court, Central District of California Case No. 09-CV-8061 (granted final approval in a case involving, among other things, vacation pay forfeitures, failures to provide meal and rest periods, and failures to pay overtime wages based on employee misclassification).

c. *Garcia v. Am. Gen. Fin. Mgmt. Corp.,* U.S. District Court, Central District of California, Case No. 09-CV-1916 (granted final approval in a case filed on behalf of account managers in case involving, among other things, alleged overtime miscalculations and meal and rest period violations).

d. *O'Neill v. Genesis Logistics, Inc.*, U.S. District Court, Northern District of California, Case No. 08-CV-4707 (granted final approval in a case involving claims for failure to provide meal periods to employees who worked as drivers delivering goods to 7-11 stores throughout California and failure to pay final wages in a timely manner to terminated employees).

e. *Spokes v. Lush Cosmetics, LLC*, Los Angeles Superior Court, Case No. BC391397 (granted final approval in a case alleged failures to provide meal and rest periods and failure to timely pay all final wages to California sales associates and key holders).

f. *Green v. Staples Contract and Commercial, Inc.*, Los Angeles Superior Court, Case No. BC389789 (granted final approval in a

case involving claims for unprovided meal and rest periods, inaccurate wage statements, waiting time penalties, and unfair business practices on behalf of truck drivers delivering Staples office supplies in California).

g. *Green v. Universal Music Group*, Los Angeles Superior Court, Case No. BC374253 (granted final approval in a case involving misclassification claims of current or former IT Support employees, including engineers, server analysts, desktop support, and technical leads).

h. *Jones v. Shred-It USA, Inc.*, U.S. District Court, Central District of California, Case No. 11-CV-00526 (granted final approval in a case brought on behalf of customer service representatives and balers for alleged off-the-clock work and meal and rest period violations).

i. *Alvarez v. Gary Grace Enterprises, LP*, Marin Superior Court, Case No. CIV 1002553 (granted final approval in a case on behalf of hair salon employees for overtime miscalculation and related claims).

j. *Calderon v. GreatCall, Inc.*, San Diego Superior Court, Case No. 37-2010-00093743-CU-OE-CTL (granted final approval in a case on behalf of customer service employees for, among other things, alleged meal and rest period violations and overtime calculation errors).

k. *Douglas v. California Credit Union*, Los Angeles Superior Court, Case No. BC445050 (granted final approval in a case on behalf of customer service representatives alleging overtime miscalculation claims).

l. *Cerdenia v. USA Truck, Inc.*, U.S. District Court, Central District of California, Case No. 10-CV-1489-JVS (granted final approval in an action on behalf of truck drivers for meal and rest period violations, off-the-clock pre- and post-shift work, and unauthorized wage deductions).

m. *Butler v. Lexxiom, Inc.*, San Bernardino Superior Court, Case No. CIVRS 1001579 (granted final approval in an action on behalf of debt resolution center employees alleging, among other things, meal and rest period violations and overtime calculation errors).

7. I have accepted this matter and agreed to represent my client on an entirely contingent basis. I have not been paid any attorneys' fees or reimbursed for any costs in the prosecution of this action. Attached as Exhibit 1 to this declaration is an accounting of the costs I have advanced for and on behalf of Plaintiff in this case, totaling $4,109.34

8. To properly handle and prosecute this case, my office was precluded from taking other cases and, in fact, had to turn away other meritorious fee-generating cases. My office typically receives 30-50 substantial telephone and e-mail inquiries per month from individuals seeking to pursue what they perceive to be employment-related claims. I generally receive these calls and devote a substantial amount of time to managing new matters. I guide my staff through the initial inquiry stages to investigation and through the drafting of complaints and filing. These inquiries frequently involve high-profile employers as prospective defendants.

9. My firm is forced to decline numerous worthy cases because attorney and staff-to-case ratios will not allow for any additional matters. Taking on this case meant that I had to turn away other fee-generating work because this case required substantial firm resources on multiple fronts: pre-litigation investigation; formal and informal discovery; research into Defendant's policies

and practices; researching the causes of action, particularly those in flux at the time of settlement; and legal and factual analyses in preparation for settlement.

10. I have worked 243 hours at my hourly billing rate of $650, this results in a lodestar amount of $157,950.00 without the use of any multiplier. In connection with lodestar cross-checks performed in connection with the granting of final approval of class action settlements, this general hourly billing rate has also been recently been approved as reasonable by the Honorable Jane Johnson, of the Complex Litigation Department of the Los Angeles Superior Court (*Stucker v. L'Oreal USA S/D, Inc.*, Los Angeles Superior Court, Case No. BC456080, May 28, 2013), and by the Honorable William F. Highberger, also of the Complex Litigation Department of the Los Angeles Superior Court (*Evans v. Equinox Holdings, Inc.*, Los Angeles Superior Court, Case No. BC440058).

11. For the reasons set forth in the Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement, I concur with my co-counsel that the Settlement in this case is fair, adequate, and reasonable, and warrants final approval from this Court.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on Monday, July 29, 2013 at Beverly Hills, California.

SHAUN SETAREH
Declarant

# EXHIBIT "1"

12:55 PM
07/29/13
Cash Basis

# Law Office of Shaun Setareh, APC
## Transaction Detail By Account
### January 1, 2009 through July 29, 2013

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original A... | Paid Amo... | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client Costs** | | | | | | | | | | |
| **Labor Ready** | | | | | | | | | | |
| Check | 9/16/2010 | 20701 | FEDEX | Blockbuster, ... | | | Citi - Gen Che... | 11.69 | 11.69 | 11.69 |
| Credit Card Charge | 10/15/2010 | 1015 | Virgin America | Travel | | | Chase Credit ... | 187.39 | 187.39 | 199.08 |
| Credit Card Charge | 10/16/2010 | 1016 | EXPEDIA | Travel | | | Chase Credit ... | 401.19 | 401.19 | 600.27 |
| Check | 10/20/2010 | 20746 | Sarnoff | Deposition of... | | | Citi - Gen Che... | 236.78 | 236.78 | 837.05 |
| Credit Card Charge | 10/23/2010 | 1023 | CLIFT HOTEL | Travel | | | Citi Credit Car... | 23.00 | 23.00 | 860.05 |
| Credit Card Charge | 10/23/2010 | 1023 | SF Town Taxi | Travel | | | Citi Credit Car... | 42.50 | 42.50 | 902.55 |
| Credit Card Charge | 10/24/2010 | 1024 | Virgin America | Travel | | | Citi Credit Car... | 46.00 | 46.00 | 948.55 |
| Credit Card Charge | 10/24/2010 | 102410 | BART | Travel | | | Citi Credit Car... | 9.00 | 9.00 | 957.55 |
| Credit Card Charge | 10/24/2010 | 102410 | W San Francisco | Travel | | | Citi Credit Car... | 31.00 | 31.00 | 988.55 |
| Credit Card Charge | 10/24/2010 | 1024 | Luxor Cabs | Travel | | | Citi Credit Car... | 4.00 | 4.00 | 992.55 |
| Credit Card Charge | 10/24/2010 | 1024 | VTS San Francisco | Travel | | | Citi Credit Car... | 8.50 | 8.50 | 1,001.05 |
| Credit Card Charge | 10/24/2010 | 1024 | Firewood Grill San ... | Travel | | | Citi Credit Car... | 11.47 | 11.47 | 1,012.52 |
| Credit Card Charge | 10/24/2010 | 1024 | Firewood Grill San ... | Travel | | | Citi Credit Car... | 24.22 | 24.22 | 1,036.74 |
| Credit Card Charge | 10/24/2010 | 1024 | The Parking Spot | Travel | | | Citi Credit Car... | 42.90 | 42.90 | 1,079.64 |
| Credit Card Charge | 11/10/2010 | 1110 | Pacer | Labor Ready | | | Chase Credit ... | 4.72 | 4.72 | 1,084.36 |
| Check | 11/16/2010 | 20788 | Law Offices of Loui... | Labor Ready ... | | | Citi - Gen Che... | 28.49 | 28.49 | 1,112.85 |
| Check | 11/16/2010 | 20788 | Law Offices of Loui... | Labor Ready ... | | | Citi - Gen Che... | 214.40 | 214.40 | 1,327.25 |
| Check | 11/16/2010 | 20788 | Law Offices of Loui... | Labor Ready ... | | | Citi - Gen Che... | 30.00 | 30.00 | 1,357.25 |
| Check | 11/16/2010 | 20788 | Law Offices of Loui... | Labor Ready ... | | | Citi - Gen Che... | 181.25 | 181.25 | 1,538.50 |
| Check | 11/16/2010 | 20788 | Law Offices of Loui... | Labor Ready ... | | | Citi - Gen Che... | 22.42 | 22.42 | 1,560.92 |
| Credit Card Charge | 2/24/2011 | 0224 | Pacer | Labor Ready | | | AMEX 2000 | 0.80 | 0.80 | 1,561.72 |
| Credit Card Charge | 8/8/2012 | | SW Air | Mediation | | | AMEX 24006 (... | 279.60 | 279.60 | 1,841.32 |
| Credit Card Charge | 8/8/2012 | | Orbitz.com | Mediation | | | AMEX 24006 (... | 258.53 | 258.53 | 2,099.85 |
| Credit Card Charge | 8/9/2012 | | San Francisco Vina | Mediation -Taxi | | | AMEX 24006 (... | 52.55 | 52.55 | 2,152.40 |
| Credit Card Charge | 8/9/2012 | | Ace Parking | mediation | | | AMEX 24006 (... | 11.00 | 11.00 | 2,163.40 |
| Credit Card Charge | 8/9/2012 | | Yellow Cab of SF | mediation | | | AMEX 24006 (... | 54.35 | 54.35 | 2,217.75 |
| Credit Card Charge | 8/9/2012 | | Yellow Cab of SF | Mediation | | | AMEX 24006 (... | 12.30 | 12.30 | 2,230.05 |
| Credit Card Charge | 8/9/2012 | | Arrow Cab | Mediation | | | AMEX 24006 (... | 11.00 | 11.00 | 2,241.05 |
| Credit Card Charge | 8/9/2012 | | CLIFT HOTEL | Mediation | | | AMEX 24006 (... | 10.31 | 10.31 | 2,251.36 |
| Credit Card Charge | 1/18/2013 | | One Legal | Allen v Labor... | | | AMEX 24006 (... | 74.90 | 74.90 | 2,326.26 |
| Credit Card Charge | 2/7/2013 | | Pacer | | | | AMEX 24006 (... | 10.60 | 10.60 | 2,336.86 |
| Credit Card Credit | 3/4/2013 | | Southwest | | | | AMEX 24006 (... | -151.09 | -151.09 | 2,185.77 |
| Credit Card Credit | 3/5/2013 | | SW Air | | CLASS ... | | AMEX 24006 (... | -16.00 | -16.00 | 2,169.77 |
| Total Labor Ready | | | | | | | | | 2,169.77 | 2,169.77 |
| Total Client Costs | | | | | | | | | 2,169.77 | 2,169.77 |
| **TOTAL** | | | | | | | | | **2,169.77** | **2,169.77** |

# Expense List

Print | Close Window

| Date | Client Name | Project | Type | Description | Quantity | Unit Amount | Amount |
|---|---|---|---|---|---|---|---|
| 1/6/2009 | Labor Ready | Class Action | Travel | Hyatt Hotels | 1.00 | 212.670 | $212.67 |
| 1/8/2009 | Labor Ready | Class Action | Travel | Luxor Cabs | 1.00 | 6.900 | $6.90 |
| 1/9/2009 | Labor Ready | Class Action | Travel | luxor cabs | 1.00 | 7.800 | $7.80 |
| 1/12/2009 | Labor Ready | Class Action | Travel | Southwest | 1.00 | 319.200 | $319.20 |
| 1/13/2009 | Labor Ready | Class Action | Travel | CA Air porter | 1.00 | 70.000 | $70.00 |
| 1/13/2009 | Labor Ready | Class Action | Travel | Luxor Cabs | 1.00 | 40.050 | $40.05 |
| 1/13/2009 | Labor Ready | Class Action | Travel | Willow Crk | 1.00 | 13.260 | $13.26 |
| 1/13/2009 | Labor Ready | Class Action | Travel | Yellow Cab | 1.00 | 8.000 | $8.00 |
| 2/2/2009 | Labor Ready | Class Action | Postage | FedEx to Clerk of Court, LA Superior Court | 1.00 | 14.300 | $14.30 |
| 2/11/2009 | Labor Ready | Class Action | Postage | FedEx to Clerk of Judge Pregerson | 1.00 | 14.300 | $14.30 |
| 2/25/2009 | Labor Ready | Class Action | Travel | Bell Cab | 1.00 | 54.650 | $54.65 |
| | Labor | Class | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/16/2009 | Ready | Action | Travel | LA Taxi | 1.00 | 23.350 | $23.35 |
| 11/13/2009 | Labor Ready | Class Action | Travel | Expedia | 1.00 | 371.440 | $371.44 |
| 11/19/2009 | Labor Ready | Class Action | Travel | SouthWest | 1.00 | 139.600 | $139.60 |
| 11/19/2009 | Labor Ready | Class Action | Travel | Golden Taxi | 1.00 | 43.860 | $43.86 |
| 11/20/2009 | Labor Ready | Class Action | Travel | Le Meridien | 1.00 | 229.980 | $229.98 |
| 11/23/2009 | Labor Ready | Class Action | Travel | OLY LIMO | 1.00 | 48.000 | $48.00 |
| 11/24/2009 | Labor Ready | Class Action | Travel | Southwest | 1.00 | 139.600 | $139.60 |
| 11/24/2009 | Labor Ready | Class Action | Travel | Yellow CAb TAxi | 1.00 | 41.500 | $41.50 |
| 11/24/2009 | Labor Ready | Class Action | Travel | Clift Hotel | 1.00 | 40.480 | $40.48 |
| 11/24/2009 | Labor Ready | Class Action | Travel | Yellow CA SF | 1.00 | 6.700 | $6.70 |
| 8/17/2010 | Labor Ready | Class Action | Court filing fees | ABC Legal | 1.00 | 20.000 | $20.00 |
| 9/1/2010 | Labor Ready | Class Action | Meals and Entertainment | Mulberry Street Pizza | | | $10.15 |
| 9/3/2010 | Labor Ready | Class Action | Postage | | | | $0.44 |
| 10/23/2010 | Labor Ready | Class Action | Travel | Pizza Prada San Francisco | | | $9.90 |
| 2/28/2011 | Labor Ready | Class Action | Parking | Parking Cash | | | $16.00 |
| 5/31/2011 | Labor Ready | Class Action | Fax Expense | billing rec'd from Pacific Alliance Med Center | 2.00 | 1.000 | $2.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/3/2011 | Labor Ready | Class Action | Messenger fees | Peremptory Challenge sent for filing via ABC Legal | | $35.00 |
| 6/3/2011 | Labor Ready | Class Action | Postage | Peremptory Challenge sent to Defense via mail | | $0.44 |
| **TOTALS** | | | | | **24.00** | **$1,939.57** |