Mark R. Thierman (SBN 72913)
laborlawyer@pacbell.net
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone:  (775) 284-1500
Facsimile:   (775) 703-5027

Joseph Cho (SBN 198844)
jcho@aequitaslawgroup.com
Ronald H. Bae (SBN 186826)
rbae@aequitaslawgroup.com
AEQUITAS LAW GROUP, APLC
500 S. Grand Ave., Suite 1310
Los Angeles, California 90071
Telephone:  (213) 223-7144
Facsimile:   (213) 223-7098

Attorneys for Plaintiff JEFFREY LEE ALLEN
(Additional plaintiff's counsel listed on following page)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

JEFFREY LEE ALLEN; on behalf of
himself, all others similarly situated,
the general public and as an "aggrieved
employee" under the California Labor
Code Private Attorneys General Act.

                    Plaintiff,

          v.

LABOR READY SOUTHWEST.
INC.. a Washington corporation doing
business in the State of California: and
DOES 1 through 50, inclusive,

                    Defendants.

Case No.  2:09-CV-04266 DDP(AGR)

**DECLARATION OF LOUIS
BENOWITZ IN SUPPORT OF
MOTIONS FOR FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT AND AWARDS
OF ATTORNEYS' FEES, COSTS,
AND ENHANCEMENT AWARD**

Judge:   Hon. Dean Pregerson
Date:    August 26, 2013
Time:    10:00 a.m.
Crtrm:   3

- 1 -

DECLARATION OF LOUIS BENOWITZ

1    <u>**ADDITIONAL COUNSEL FOR PLAINTIFF**</u>

2    Shaun Setareh (SBN 204514)
     shaun@setarehlaw.com
3    LAW OFFICES OF SHAUN SETAREH
     9454 Wilshire Boulevard, Penthouse Floor
4    Beverly Hills, California 90212
     Telephone:  (310) 888-7771
5    Facsimile:   (310) 888-0109

6    Louis Benowitz (SBN 262300)
     louis@benowitzlaw.com
7    LAW OFFICES OF LOUIS BENOWITZ
     9454 Wilshire Boulevard, Penthouse Floor
8    Beverly Hills, California 90212
     Telephone:  (310) 844-5141
9    Facsimile:   (310) 492-4056

10   Christopher J. Canlas (SBN 247291)
     cjc@canlaslaw.com
11   CANLAS LAW GROUP, APLC
     615 W. Beverly Blvd
12   Montebello, CA 90640
     Telephone:  (323) 888-4325
13   Facsimile:   (323) 888-4329

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

## <u>DECLARATION OF LOUIS BENOWITZ</u>

I, LOUIS BENOWITZ, declare as follows:

1.      I am an attorney in good standing duly admitted to the State Bar of California and the U.S. District Court for the Central District of California and an attorney of record for plaintiff Jeffrey Lee Allen ("Plaintiff") in this action against Labor Ready Southwest, Inc. ("Defendant").

2.      Except for those facts stated on information and belief, which I am informed and believe are true and correct, I have personal knowledge of all facts set forth herein. If called as a witness, I could and would competently testify thereto under oath.

3.      I completed my undergraduate studies at Cornell University in Ithaca, New York, where I was admitted as a Pauline and Irving Tanner Dean's Scholar and earned a Bachelor of Arts degree in English in May of 2003. I completed my legal studies at Loyola Law School in Los Angeles, California, where I received a Juris Doctor degree in May of 2008 and graduated in the top 15% of my class. At Loyola Law School, I served as Research Editor on the Loyola of Los Angeles Entertainment Law Review, was a member of the Scott Moot Court Honors Board and the St. Thomas More Law Honor Society, and was a research assistant to Professor Theodore Seto.

4.      Since being admitted to the State Bar of California in February of 2009 after passing the California Bar Examination on my first attempt, I have almost exclusively practiced in the areas of civil litigation and employment law. I am a member of the California Employment Lawyers Association ("CELA") and the vast majority of my work during my time in active legal practice has consisted of wage and hour and other employment law cases on behalf of employees, with a few matters on behalf of employers. I currently have in excess of 30 pending

DECLARATION OF LOUIS BENOWITZ

employment law cases at various stages of litigation, the majority of which are wage and hour class actions.

5.     With respect to wage and hour class actions specifically, a sampling of matters in which I have been appointed as class counsel is as follows:

a.     *Vang v. Burlington Coat Factory Warehouse Corp.*, *et al.*, U.S. District Court, Central District of California, No. 09-CV-8061-CAS (appointed class counsel and granted final approval of settlement on behalf of retail store employees in case involving, among other things, alleged vacation pay forfeitures, failures to provide meal and rest periods, and failures to pay overtime wages based on employee misclassification).

b.     *Garcia v. Am. Gen. Fin. Mgmt. Corp.*, *et al.*, U.S. District Court, Central District of California, No. 09-CV-1916-DMG (appointed class counsel and granted final approval of settlement on behalf of account managers in case involving, among other things, alleged overtime miscalculations and meal and rest period violations).

c.     *Cerdenia v. USA Truck, Inc.*, U.S. District Court, Central District of California, Case No. 10-CV-1489-JVS (appointed class counsel and granted final approval of settlement on behalf of truck drivers).

d.     *Jones v. Shred-It, Inc.,* U.S. District Court, Central District of California, Case No. 2:11-cv-00526-SVW-FFM (appointed class counsel and granted final approval of settlement on behalf of customer service representatives and balers in case involving alleged off-the-clock work and meal and rest period violations).

e.     *Douglas v. California Credit Union,* Los Angeles Superior Court, Case No. BC445050 (appointed class counsel and granted final approval of settlement on behalf of customer service representatives for overtime miscalculation claims).

DECLARATION OF LOUIS BENOWITZ

f.    *Alvarez v. Gary Grace Enterprises, LP*, Marin Superior Court, Case No. CIV 1002553 (appointed class counsel and granted final approval of settlement on behalf of hair salon employees for overtime miscalculation and related claims).

g.    *Calderon v. Greatcall, Inc.*, San Diego Superior Court, Case No. 37-2010-00093743-CU-OE-CTL (appointed class counsel and granted final approval of settlement on behalf of customer service employees in case involving, among other things, alleged meal and rest period violations and overtime calculation errors).

h.    *Butler v. Lexxiom, Inc.*, San Bernardino Superior Court, Case No. CIVRS 1001579 (appointed class counsel and granted final approval of settlement on behalf of debt resolution center employees in case involving, among other things, alleged meal and rest period violations and overtime calculation errors).

i.    *Valencia v. SCIS Air Security Corp.*, Los Angeles Superior Court, Case No. BC421485 (granted class certification through contested motion and appointed class counsel in case on behalf of former security workers based on late final wage payments in violation of Labor Code §§ 201–203).

6.    In addition to the class actions for which I am currently, or have been, an attorney of record, I have also performed work on several other wage and hour class action cases, including the preparation of liability exposure analyses and settlement approval motions. Further, both before and during law school, I worked as a law clerk for the Law Offices of Spivak and Harrison (now The Spivak Law Firm), where the majority of my work consisted of law and motion and discovery in California employment law cases.

7.    Though not a traditional class action, I recently successfully prosecuted an eleven day bench trial with David Spivak, one of my co-counsel in this action, in the case of *Alina Ghrdilyan, et al. v. RJ Financial, Inc., et al.*, Los

- 5 -

DECLARATION OF LOUIS BENOWITZ

Angeles Superior Court, Case No. BC430633 (2012), the Honorable Ronald Sohigian presiding. To my knowledge, this is the first and only case to be successfully prosecuted through trial in a non-class representative capacity under the Labor Code Private Attorney Generals Act of 2004, Labor Code § 2698 *et seq.* on behalf of both named plaintiffs and aggrieved employees against someone other than an employer for civil penalties including unpaid wages. The case involves claims of unpaid overtime, unprovided rest and meal periods, unpaid vacation, untimely interval and final wages, and unreimbursed expenses.

8.     I have spent approximately 70 hours to date on this litigation. At my reasonable hourly rate of $420.00, as has been approved in other cases, including ones before this Court, this results in a lodestar of approximately $29,400.00 without the use of any multiplier. My work performed on this case includes, but is not limited to, participating in numerous case strategy discussions with co-counsel, conducting legal research, drafting substantial portions of Plaintiff's opposition to Defendant's motion for summary judgment and supporting papers, drafting a confidential mediation brief, traveling between Los Angeles and San Francisco and participating in a full day mediation session with Mark Rudy, and drafting the Plaintiff's reply to Objectors' opposition to the motion for preliminary approval of class action settlement.

///
///
///
///
///
///
///
///
///

DECLARATION OF LOUIS BENOWITZ

9.      For the reasons set forth in the joint motion for final approval of class action settlement and Plaintiff's motion for awards of attorneys' fees, costs, and enhancement award, I agree that the settlement in this case is a fair, adequate, and reasonable compromise of the disputed wage and hour claims in this case and that the requested amounts for attorneys' fees, costs, and enhancement award are fair, adequate, and reasonable.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 29, 2013 at Beverly Hills, California.

_____
LOUIS BENOWITZ
Declarant

DECLARATION OF LOUIS BENOWITZ