Mark R. Thierman (SBN 72913)
laborlawyer@pacbell.net
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone:  (775) 284-1500
Facsimile:   (775) 703-5027

Joseph Cho (SBN 198844)
jcho@aequitaslawgroup.com
Ronald H. Bae (SBN 186826)
rbae@aequitaslawgroup.com
AEQUITAS LAW GROUP, APLC
500 S. Grand Ave., Suite 1310
Los Angeles, California 90071
Telephone:  (213) 223-7144
Facsimile:   (213) 223-7098

Attorneys for Plaintiff JEFFREY LEE ALLEN
(Additional plaintiff's counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

JEFFREY LEE ALLEN; on behalf of himself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act.

Plaintiff,

v.

LABOR READY SOUTHWEST. INC., a Washington corporation doing business in the State of California; and DOES 1 through 50, inclusive,

Defendants.

Case No.  2:09-CV-04266 DDP(AGR)

**DECLARATION OF CHRISTOPHER J. CANLAS IN SUPPORT OF MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARDS OF ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARD**

Judge:  Hon. Dean Pregerson
Date:   August 26, 2013
Time:   10:00 a.m.
Crtrm:  3

<u>**ADDITIONAL COUNSEL FOR PLAINTIFF**</u>

Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone:  (310) 888-7771
Facsimile:   (310) 888-0109

Louis Benowitz (SBN 262300)
louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone:  (310) 844-5141
Facsimile:   (310) 492-4056

Christopher J. Canlas (SBN 247291)
cjc@canlaslaw.com
CANLAS LAW GROUP, APLC
615 W. Beverly Blvd.
Montebello, CA 90640
Telephone:  (323) 888-4325
Facsimile:   (323) 888-4329

- 2 -

DECLARATION OF CHRISTOPHER J. CANLAS

## DECLARATION OF CHRISTOPHER J. CANLAS

I, Christopher J. Canlas declare as follows:

1. I am an attorney in good standing duly admitted to the State Bar of California and the U.S. District Court for the Central District of California and an attorney of record for plaintiff Jeffrey Lee Allen ("Plaintiff") in this action against Labor Ready Southwest, Inc. ("Defendant").

2. Except for those facts stated on information and belief, which I am informed and believe are true and correct, I have personal knowledge of all facts set forth herein

3. If called as a witness, I could and would competently testify thereto under oath.

4. This Declaration is being submitted in support of Motions for Final Approval of Class Action Settlement and Awards of Attorney's Fees, Costs, and Enhancement Award

5. I am a principal of Canlas Law Group and was initially involved in the related matter of Vicencio v Labor Ready Southwest, Inc, Case No. 2:08-cv-08646-RGK-CWx, ("Vicencio") which was filed prior to this action.

6. I was involved in Vicencio from its inception, since before litigation began. Upon concluding my initial investigation, I determined that the matter was suitable as a class action, at which time I made arrangements with Aequitas Law Group to step in as lead class counsel. Canlas Law Group has co-counseled with Aequitas Law Group and other class action firms on various class actions over the past several years. The following are a mere sampling of the class

action cases that Canlas Law Group is currently handling: Garcia v Triangle Services (BC429715), Villalpando v El Monte Rents (BC429715), Zacatenco v Pinnacle (CIVDS1213542).

7. My involvement in this action began when the respective co-counsels in this action and Vicencio entered into an Association Agreement around December of 2009 to consolidate resources and jointly prosecute both cases.

8. To date I have advanced costs totaling $433.50 related to traveling to two mediations :
   a. Travel to 9/25/09 Mediation-LA to SFO
      i. Flight: $119.20
      ii. Car Rental $69.44
      iii. Parking $32.00
   b. Travel to 10/25/10 Mediation
      i. Flight:$139.20
      ii. Car Rental:$73.66

9. My regular billable rate for handling wage and hour class actions is $425.00 per hour. I spent 172.6 hours working on this matter, for a total lodestar amount of $73,355.00.

10. My work performed on this case includes, but is not limited to, client contact, legal research, class member contact, fact investigation, drafting pleadings, discovery, attending hearings, document analysis and review, participating in strategy and settlement discussions, traveling between Los Angeles and San Francisco and participating in two full day mediation sessions.

11. For the reasons set forth in the joint motion for final approval of class action settlement and Plaintiff's motion for awards of attorneys' fees,

- 4 -
DECLARATION OF CHRISTOPHER J. CANLAS

1  costs, and enhancement award, I agree that the settlement in this case
2  is a fair, adequate, and reasonable compromise of the disputed wage
3  and hour claims in this case and that the requested amounts for
4  attorneys' fees, costs, and enhancement award are fair, adequate, and
5  reasonable.

7  Executed on July 29, 2013 at Montebello, California.  Signed under penalty
8  of perjury under the laws of the United States of America.

CHRISTOPHER J. CANLAS
Declarant