David R. Ongaro (SBN 154698)
dongaro@ongaropc.com
Cara R. Sherman (SBN 269343)
csherman@ongaropc.com
ONGARO PC
50 California Street, Ste. 3325
San Francisco, CA  94111
Telephone:  (415) 433-3900
Facsimile:  (415) 433-3950

Attorneys for Defendant
LABOR READY SOUTHWEST, INC.

**Counsel for Plaintiffs listed on following page

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JEFFREY LEE ALLEN; on behalf of himself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>              Plaintiff,<br>   v.<br><br>LABOR READY SOUTHWEST, INC., a Washington corporation doing business in the State of California; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.  2:09-CV-04266 DDP(AGR)<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS AND FOR AN ORDER DIRECTING NOTICE TO THE CLASS**<br><br>Judge:  Hon. Dean Pregerson<br>Date:    April 11, 2016<br>Time:   10:00 a.m.<br>Crtrm:  3 |

JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| 1 | **COUNSEL FOR PLAINTIFF** |
| 2 | |
| 3 | **THIERMAN BUCK LLP** |
| 4 | Mark R. Thierman (SBN 72913) |
| |     Email: mark@thiermanbuck.com |
| 5 | Joshua D. Buck, Nev. (SBN 258325) |
| 6 |     Email: josh@thiermanbuck.com |
| | Leah L. Jones, Nev. (SBN 276448) |
| 7 |     Email: leah@thiermanbuck.com |
| 8 | 7287 Lakeside Drive |
| | Reno, Nevada  89511 |
| 9 | Tel. (775) 284-1500 |
| 10 | Fax. (775) 703-5027 |
| 11 | |
| | **AEQUITAS LAW GROUP, APLC** |
| 12 | Joseph Cho (SBN) 198844) |
| 13 |     Email: jcho@aequitaslawgroup.com |
| | Ronald H. Bea (SBN 186826) |
| 14 |     Email: rbae@aequitaslawgroup.com |
| 15 | 12100 Wilshire Blvd., Suite 800 |
| | Los Angeles, California 90025 |
| 16 | Telephone: (818) 399-0498 |
| 17 | |
| 18 | **LAW OFFICES OF SHAUN SETAREH** |
| | Shaun Setareh (SBN 204514) |
| 19 |     Email: shaun@setarehlaw.com |
| 20 | 9454 Wilshire Boulevard, Penthouse Floor |
| | Beverly Hills, California 90212 |
| 21 | Telephone: (310) 888-7771 |
| 22 | Facsimile: (310) 888-0109 |
| 23 | **LAW OFFICES OF LOUIS BENOWITZ** |
| 24 | Louis Benowitz (SBN 262300) |
| |     Email: louis@benowitzlaw.com |
| 25 | 9454 Wilshire Boulevard, Penthouse Floor |
| 26 | Beverly Hills, California 90212 |
| | Telephone: (310) 888-7771 |
| 27 | Facsimile: (310) 888-0109 |
| 28 | |

1 **CANLAS LAW GROUP, APLC**
2 Christopher J. Canlas (SBN 247291)
          Email: cjc@canlaslaw.com
3 615 W. Beverly Blvd.
4 Montebello, CA 90640
  Telephone: (323) 888-4325
5 Facsimile: (323) 888-4329
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS AND FOR AN ORDER DIRECTING NOTICE TO THE CLASS

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order (ECF. Dkt. No. 230), and subsequent order denying preliminary approval of class action settlement (ECF Dkt. No. 244), the Parties have expressly carved out all claims related to meal and rest breaks and business expense reimbursement claims, including any derivative claims, from the release and all settlement papers.

**PLEASE TAKE FURTHER NOTICE** that the Parties will and hereby do move, jointly, for preliminary approval of class action settlement, conditional certification of a settlement class and for an order directing notice to the class. The Parties' Joint Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of a Settlement Class and for an Order Directing Notice to the Class will be heard at 10:00 a.m., or as soon thereafter as the Parties may be heard, on April 11, 2016, in Courtroom 3 of the United States District Court for the Central District of California, located at 312 North Spring Street in Los Angeles, California 90012.

The revised release is as follows with language the parties have added appearing in bold, and deleted language designated with a strike-through:

<u>Revised Release Language:</u>
Upon the final approval by the Court of this Settlement Agreement, and except as to such rights or claims as may be created by this Settlement Agreement, the Class Representative and Class Members and their successors in interest (the "Releasors"), fully release and discharge Defendants and any and all of their parent, subsidiary and affiliated entities (the "Releasees") from ~~any and all claims that were alleged or could have been alleged in the Complaint in Jeffrey Allen v. Labor Ready Southwest, Inc. including but not limited to~~ all claims

for: failure to pay minimum wage, overtime wages or secretly paying below minimum wage pursuant to the California Labor Code, the IWC Wage Orders or the Fair Labor Standards Act; failure to timely pay wages during employment or upon termination of employment, including penalties associated therewith; failure to provide timely accurate wage statements or otherwise fail to comply with the requirements of California Labor Code Sections 212, 226 or 2810.5 **(except for claims deriving from meal or rest break claims)**; failure to pay for reporting time; requiring employees to execute a release of claims to receive wages; and, any violations of the California Labor Code based on Labor Ready's provision of a CDM to Class Members, the fees associated with the use of the CDM or payment through a voucher (as opposed to a check) for use in a CDM.  The Releasors also release the Releasees for all claims for violations of California Business and Professions Code §§ 17200, et seq. or for penalties or premium wages associated with any of the claims released by this paragraph, including claims for any penalties under the California Private Attorneys' General Act (Cal. Lab. Code §2699 et seq.) or claims for attorneys' fees, costs and interest.  The releases in this paragraph apply to claims arising from the Releasors' employment with Labor Ready in the State of California from April 30, 2005 until April 30, 2013.  **This release does not include meal break, rest break, or business expense reimbursement claims, claims relating to those three claims, or any derivative claims that are based on those three claims.**  This release does not include claims to enforce this Settlement Agreement.

The Parties are now jointly re-submitting this Joint Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of a Settlement Class, and for an Order Directing Notice to the Class.  Other than carving out claims relating to meal breaks, rest breaks, and business expense reimbursement claims, as well as any derivative claims, along with the applicable dates and references to exhibits, the substance of the Joint Stipulation of Class Action Settlement remains the same.

The Parties make this motion on the grounds that the Settlement is fair, reasonable and adequate to class members.  In addition, the class should be

conditionally certified for settlement purposes because the elements of Rule 23 have been satisfied for settlement purposes.

The Parties base this Motion on this Notice of Motion and the accompanying Memorandum of Points and Authorities, the Declaration of Mark R. Thierman, the Declaration of Joseph Cho, the Declaration of Shaun Setareh, the Declaration of Louis Benowitz, the Declaration of Garrett Ferencz, the Declaration of Malcolm Cohen, the Declaration of Christopher Canlas, the Revised Third Amended Joint Stipulation of Class Action Settlement and Release Agreement and exhibits, all pleadings and records on file herein, and such other documentary evidence or arguments as may be presented to the Court prior to or at the hearing on the Motion.

**ONGARO PC**

Date: March 14, 2016    By: */s/ David Ongaro*
　　　　　　　　　　　　　David Ongaro
　　　　　　　　　　　　　Attorney for Defendant


**THIERMAN BUCK LLP**

Date: March 14, 2016    By: */s/Mark Thierman*
　　　　　　　　　　　　　Mark Thierman
　　　　　　　　　　　　　Class Counsel/Attorneys for Plaintiff