UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 09-04266 DDP (AGRx)            Date: September 22, 2016

Title:      JEFFREY LEE ALLEN -*v*- LABOR READY SOUTHWEST, INC., et al.
===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Mark R. Thierman                          David R. Ongaro

_____
Glenn A. Danas - Objector

Eduardo Santos - Objector

PROCEEDINGS:     MOTION FOR SETTLEMENT APPROVAL OF FINAL APPROVAL OF CLASS ACTION FILED BY PLAINTIFF (DOCKET NUMBER 274)
MOTION FOR ATTORNEY FEES FINAL APPROVAL OF ATTORNEYS FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE PAYMENT FILED BY PLAINTIFF (DOCKET NUMBER 275)
MOTION TO STRIKE SUR-REPLY RESPONSE IN OPPOSITION TO MOTION FILED BY PLAINTIFF (DOCKET NUMBER 287)

     Court hears oral argument and takes the matter under submission.

                                                                         :    44

                               Initials of Preparer        PG

CV - 90 (03/15)